(No. 78-CC-0015 — )

ILLINOIS VALLEY SHELTERED WORKSHOP, Claimant, *v.* STATE OF ILLINOIS, Respondent.

*Opinion filed August 9, 1978.*

This cause coming on to be heard on the motion of Respondent to dismiss, and the Court being fully advised in the premises.

It is hereby ordered that Respondent's motion to dismiss be, and hereby is, denied.

It is further ordered, in view of the departmental report herein which admits liability on this claim, that Claimant be, and hereby is, awarded the sum of $360.00 in full satisfaction of its claim.